UNITED STATES of America, Plaintiff–Appellee

v.

Enrique Antonio MEJIA, also known as Enrique Antonio Mejia Soto, also known as Enrique Mejia, Defendant–Appellant.

No. 15–40500
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Enrique Antonio Mejia raises an argument that is foreclosed by *United States v. Martinez–Lugo*, 782 F.3d 198, 204–05 (5th Cir.2015), *cert. denied*, —— U.S. ——, —— S.Ct. ——, —— L.Ed.2d ——, 2015 WL 3867557 (Nov. 30, 2015) (No. 14–10355). In *Martinez–Lugo*, 782 F.3d at 204–05, we held that an enhancement un-

<hr>

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

der U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity.

Mejia also raises an argument that is foreclosed by *United States v. Rodriguez–Escareno*, 700 F.3d 751, 753–54 (5th Cir. 2012), which held that the sentence enhancement provided for in § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug trafficking offense.

The motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.